1 | STEVEN H. GURNEE, ESQ. SB# 66056
2 | DAVID M. DANIELS, ESQ. SB# 170315
  | NICHOLAS P. FORESTIERE, SB# 125118
3 | GURNEE & DANIELS LLP
  | 2240 Douglas Boulevard, Suite 150
4 | Roseville, CA  95661-3805
  | Telephone     (916) 797-3100
5 | Facsimile     (916) 797-3131

6 | Attorneys for Defendants
  | ALDERWOODS GROUP, INC., PAUL HOUSTON
7 | SERVICE CORPORATION INTERNATIONAL,
  | SCI FUNERAL AND CEMETERY PURCHASING
8 | COOPERATIVE, INC., SCI EASTERN MARKET
  | SUPPORT CENTER, L.P., SCI WESTERN MARKET
9 | SUPPORT CENTER, L.P., and SCI HOUSTON
  | MARKET SUPPORT CENTER, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ALDERWOODS GROUP, INC., PAUL A. HOUSTON, SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC., SCI EASTERN MARKET SUPPORT CENTER, L.P., SCI WESTERN MARKET SUPPORT CENTER, L.P., a/k/a SCI WESTERN MARKET SUPPORT CENTER, INC., and SCI HOUSTON MARKET SUPPORT CENTER, L.P.<br><br>Defendants. | No.  CV 08-01184 SI<br><br>**[PROPOSED] ORDER EXTENDING DEADLINE TO COMPLY WITH ADR REQUIREMENTS** |

[PROPOSED] ORDER EXTENDING DEADLINE TO COMPLY WITH ADR
REQUIREMENTS                                                                                                                    1

Case No.:  CV 08-01184 SI

Pursuant to the Stipulation of counsel and good cause appearing, the deadlines relative to counsel and the parties filing their ADR Certifications and either 1) a Stipulation and [Proposed] Order Selecting ADR Process, or 2) a Notice of Need for ADR Phone Conference pursuant to Civil L.R. 16-8(b), ADR L.R. 3-5(b), Civil Local Rule 16-8(c), and ADR L.R. 3-5(c), (d) are hereby postponed until after the Court has issued its ruling on Defendants' motion to transfer this action to the U.S. District Court for the Western District of Pennsylvania. The court will set a new date for compliance with the aforementioned ADR requirements at the time of the initial Case Management Conference which will be held on July 25, 2008 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated:_____                    _____
                                            Honorable Susan Illston
                                            United States District Court

[PROPOSED] ORDER EXTENDING DEADLINE TO COMPLY WITH ADR
REQUIREMENTS                                                              2

Case No.: CV 08-01184 SI