1  Sanford Jay Rosen, State Bar No. 62566
   Maria V. Morris, State Bar No. 223903
2  Lori E. Rifkin, State Bar No. 244081
   ROSEN, BIEN & GALVAN, LLP
3  315 Montgomery Street, Tenth Floor
   San Francisco, CA 94104
4  Telephone: (415) 433-6830
   Facsimile: (415) 433-7104
5

6  Attorneys for Plaintiffs

7  (Additional Counsel for Plaintiffs on the following page)

8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12 |                                      | Case Nos. C 08-1190-SI, C 08-1184-SI
13 | CLAUDE BRYANT, et al.,                | STIPULATION OF SUBSTITUTION
   | On behalf of themselves and all employees | OF COUNSEL FOR PLAINTIFFS AND
14 | similarly situated,                   | NOTICE OF APPEARANCE OF NEW
   |                                      | COUNSEL
15 |        Plaintiffs,                   |
16 | v.                                    |
17 | SERVICE CORPORATION                   |
   | INTERNATIONAL, et al.,                |
18 |                                      |
   |        Defendants.                    |
19 |                                      |
20 |                                      |
21 | WILLIAM HELM, et al. On behalf of     |
   | themselves and all employees similarly|
22 | situated,                             |
   |        Plaintiffs,                    |
23 | v.                                    |
24 | ALDERWOODS GROUP, INC., et al.        |
   |        Defendants.                    |
25 |                                      |

26    PLEASE TAKE NOTICE that Plaintiffs in both of the above-referenced matters hereby

27 substitute one of their counsel and attorneys of record as in this matter as follows:

28 Former Counsel:    Rosen, Bien and Galvan, LLP

STIP OF SUBSTITUTION OF COUNSEL FOR        1    Case Nos. C 08-1190-SI, C 08-1184-SI
PLTF AND NOT OF APP OF NEW COUNSEL

|   |   |
|---|---|
| 1 | Sanford Jay Rosen |
|   | Maria V. Morris |
|   | Lori E. Rifkin |
| 2 | 315 Montgomery Street, Tenth Floor |
|   | San Francisco, CA 94104 |
| 3 | (415) 433-6830 |
| 4 | New Counsel: Burnham Brown |
|   | Robert M. Bodzin |
| 5 | P.O. Box 119 |
|   | Oakland, California 94604-0119 |
| 6 | (510) 444-6800 |

7   PLEASE TAKE FURTHER NOTICE that the firms of DOLIN, THOMAS & SOLOMON

8   LLP and MARGOLIS EDELSTEIN remain as counsel of record for Plaintiffs

10  DATED: October 23, 2008          ROSEN, BIEN & GALVAN, LLP

12                                    By _____
13                                    Sanford Jay Rosen, State Bar No. 62566
                                      Maria V. Morris, State Bar No. 223903
14                                    Lori E. Rifkin, State Bar No. 244081

15                                    315 Montgomery Street, Tenth Floor
                                      San Francisco, CA 94104
16                                    Telephone: (415) 433-6830

17  DATED: October 23, 2008          BURNHAM BROWN
18

19                                    By _____
20                                    Robert M. Bodzin, State Bar No. 201327
                                      P.O. Box 119
21                                    Oakland, CA 94604-0119
                                      Telephone: (510) 444-6800

| | |
|---|---|
| 1 | Additional Counsel for Plaintiffs |
| 2 | J. Nelson Thomas, NY Attorney No. 2579159 |
| | Patrick J. Solomon, NY Attorney No. 2716660 |
| 3 | Annette Gifford, NY Attorney No. 4105870 |
| | DOLIN, THOMAS & SOLOMON LLP |
| 4 | 693 East Avenue |
| | Rochester, NY 14607 |
| 5 | Telephone: (585) 272-0540 |
| | Facsimile: (585) 272-0574 |
| 6 | |
| | Charles H. Saul, PA State Bar No. 19938 |
| 7 | MARGOLIS EDELSTEIN |
| | 525 William Penn Place, Suite 3300 |
| 8 | Pittsburgh, PA 15219 |
| | Telephone: (412) 281-4256 |
| 9 | Facsimile: (412) 642-2380 |

STIP OF SUBSTITUTION OF COUNSEL FOR PLTF AND NOT OF APP OF NEW COUNSEL  4  Case Nos. C 08-1190-SI, C 08-1184-SI

1  PURSUANT TO STIPULATION
   IT IS SO ORDERED
2
3  DATED: October ___, 2008

*[signature: Susan Illston]*

HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIP OF SUBSTITUTION OF COUNSEL FOR    3    Case Nos. C 08-1190-SI, C 08-1184-SI
PLTF AND NOT OF APP OF NEW COUNSEL