1  BURNHAM BROWN
   Robert M. Bodzin, State Bar No. 201327
2  P.O. Box 119
   Oakland, CA 94604
3  Telephone: (510) 835-6833
   Facsimile:  (510) 835-6666
4  rbodzin@BurnhamBrown.com

5  Attorneys for Plaintiffs

6  [Additional Counsel Appear on Signature Page]

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10

11  WILLIAM HELM, DEBORAH PRISE,       )  **CASE NO.  3:08-CV-01184 SI**
    HEATHER P. RADY, et al., on behalf of )
12  themselves and all other employees and former )
    employees similarly situated,       )
13                                       )  **[PROPOSED] ORDER EXTENDING**
                    Plaintiffs,          )  **TIME TO SUBMIT RESPONSIVE AND**
14                                       )  **REPLY BRIEFING**
    v.                                   )
15                                       )
    ALDERWOODS GROUP, INC.,              )
16                                       )
                    Defendant.           )
17                                       )
    _____)
18
           Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders
19
    as follows:
20
           1.      Plaintiffs' response to Defendant's Motion to Sever Misjoined Plaintiffs Pursuant to
21
    FRCP 21 shall be filed and served no later **Monday, May 17, 2010**; and further,
22
           2.      Defendant's reply to that motion shall be filed and served no later than **Monday,**
23
    **May 24, 2010**.
24

25

26

27

28

**IT IS SO ORDERED:**

Honorable Susan Illston
United States District Court

_[signature: Susan Illston]_

_____

**AGREED TO:**


By: /s/ Annette Gifford
    J. Nelson Thomas (*pro hac vice*)
    Patrick J. Solomon (*pro hac vice*)
    Annette Gifford (*pro hac vice*)
    THOMAS & SOLOMON LLP
    693 East Avenue
    Rochester, NY  14607
    Telephone:  585-272-0540
    Facsimile:  585-272-0574

    Robert M. Bodzin, State Bar No. 201327
    BURNHAM BROWN
    P.O. Box 119
    Oakland, CA 94604
    Telephone: (510) 835-6833
    Facsimile:  (510) 835-6666

    Charles H. Saul (*pro hac vice*)
    MARGOLIS EDELSTEIN
    525 William Penn Place
    Suite 3300
    Pittsburgh, PA 15219
    Telephone:  412-281-4256
    Facsimile:  412-642-2380

    Counsel for Plaintiffs

By: /s/ John A. Mason
    Steven H. Gurnee
    Nicholas P. Forestiere
    John A. Mason
    GURNEE & DANIELS LLP
    2240 Douglas Blvd, Suite 150
    Roseville, CA 95648
    Telephone:  916-797-3100
    Facsimile:  916-797-3131

    Counsel for Defendant