UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-cv-00449

| | |
|---|---|
| RICKIE HAMILTON, DIANE CRAIG, and JAMES WHALEY, | ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) ) **ORDER** |
| ALDERWOODS GROUP, INC., and ALDERWOODS GROUP, LLC, | ) ) ) ) |
| Defendants. | ) ) |

THIS MATTER is before the Court *sua sponte* following the Court's receipt of a letter from counsel for Plaintiffs. (Doc. No. 333). The Court has respectfully directed the Clerk of Court to file said letter, with enclosures, on the docket sheet for this matter. As contemplated in Plaintiffs' letter, the Court hereby orders this matter be administratively CLOSED without prejudice to Plaintiffs to reopen this case within one-hundred and twenty (120) days from the date of this Order should Plaintiffs decide to proceed with their claims against Defendants. Plaintiffs should timely file an amended complaint, as well as appropriate *pro hac vice* motions and fees, on or before Wednesday, January 25, 2012. Plaintiffs' failure to do so will result in an order of dismissal of their claims with prejudice.

IT IS SO ORDERED.

Signed: September 27, 2011

Graham C. Mullen
United States District Judge